# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

**U.S.A. vs. Keith Dobis**                    **Docket No. 4:10-MJ-1069-2RJ**

## Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith Dobis, who, upon an earlier plea of guilty to Lacy Act Violation, in violation of 16 U.S.C. § 3372(a)(3)(A) and Trespass on a Refuge, in violation of 16 U.S.C. § 668(d)(d) and 50 C.F.R. § 26.21, was sentenced by the Honorable David W. Daniel, U.S. Magistrate Judge, on December 14, 2011, to a 36-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.     The defendant shall not go on or enter any U.S. Department of Interior land, including Forest Service properties and National Seashores, during the term of probation.

2.     The defendant shall pay a $35 special assessment and a $5,000 fine.

On January 19, 2012, the court approved a Petition for Action on Probation modifying the conditions of probation to include drug aftercare.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** According to the Eastern District of Pennsylvania U.S. Probation Office, Dobis was charged with Prohibited Offensive Weapon, Violation of Controlled Substance/Drug Device, Driving the Wrong Direction on One Way Street, and Driving With a Suspended License in Tinicum Towhship, Pennsylvania, on June 22, 2013. According to the incident report, police observed Dobis operating a motor vehicle in the wrong direction on a one-way street. A traffic stop was conducted and Dobis appeared to be extremely nervous. A male passenger was in the front seat and a female passenger was in the rear seat. Dobis admitted to the officer his operating privileges were suspended. Dobis consented to a search of the vehicle and the officer recovered a pair of brass knuckles and a clear gallon size plastic bag that contained marijuana residue. The charges remain pending. Additionally, Dobis failed to report the arrest to the probation officer. On June 26, 2013, Dobis admitted to driving without a valid driver's license in the above incident.

As a sanction for the above violations, the Eastern District of Pennsylvania respectfully recommends the conditions of probation be modified to include the defendant complete 50 hours of community service within five months of starting said service. The undersigned probation officer agrees with the recommendation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.  The defendant shall perform 50 hours of community service at a community service site approved by the United States Probation Office within five months of starting said service.

    Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.


 /s/ Dwayne K. Benfield                           /s/ C. Lee Meeks, Jr.
Dwayne K. Benfield                               C. Lee Meeks, Jr.
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 200 Williamsburg Pkwy, Unit 2
                                                 Jacksonville, NC 28546-6762
                                                 Phone: 910-347-9038
                                                 Executed On: August 27, 2013


### ORDER OF COURT

Considered and ordered this _27_ day of _August_, 2013, and ordered filed and made a part of the records in the above case.


Robert B. Jones, Jr.
U.S. Magistrate Judge